UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

MARIA ZDZIENICKI,

                        Plaintiff,                  05 Civ. 3221 (SHS) (THK)

      - against -                              ECF Case

CONSOLIDATED EDISON COMPANY OF        PLAINTIFF'S NOTICE
NEW YORK, INC., CONSOLIDATED EDISON,    OF MOTION FOR
INC., CONSOLIDATED EDISON                   SUMMARY JUDGMENT
RETIREMENT PLAN, and CONSOLIDATED
EDISON RETIREMENT PLAN
ADMINISTRATOR,

                        Defendants.
---------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Debra L. Raskin, dated September 30, 2005; the Affidavit of Sharon Goldzweig, sworn to June 17, 2005, previously submitted herein; the accompanying Memorandum of Law; Plaintiff's Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1 and all other pleadings filed to date, plaintiff Maria Zdzienicki will move this Court before the Honorable Sidney H. Stein, United States District Judge, at the United States District Court, 500 Pearl Street, New York, New York, on November 21, 2005, or as soon thereafter as counsel may be heard, for an order granting summary judgment on her behalf pursuant to Rule 56 of the Federal Rules of Civil Procedure.

231534 v1

Pursuant to the Order of this Court, answering papers are to be served on or before October 28, 2005, and plaintiff's reply papers to be served by November 14, 2005.

Dated: New York, New York
       September 30, 2005

                                                VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

By: _____
Debra L. Raskin (DR-5431)
Attorneys for Plaintiff
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

TO:    Mary Schuette, Esq.
         Geraldine Eure, Esq.
         Sharon Goldzweig, Esq.
         Attorneys for Defendants
         Four Irving Place
         New York, NY 10003